UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 1:10-cr-222-03

v.

                              HONORABLE PAUL L. MALONEY

JOE LEWIS PARKER, JR.,

        Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

        Defendant Joe Lewis Parker, Jr. has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to drug quantity.

        Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission.  18 U.S.C. § 3582(c)(2).  Amendment 782 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to drug quantity, and U.S.S.G. § 2D2.1(b).  These modifications were made retroactive effective November 1, 2014.  U.S.S.G. § 1B1.10(c).

        However, the defendant is not eligible for a sentence modification.  Defendant's sentence of 54 months is below the amended guideline range of 57 to 71 months.  Absent a 5K motion by the government, U.S.S.G. § 1.B.1.10 does not permit the Court to go below the amended range.  Therefore, Amendment 782 does not retroactively lower the defendant's sentencing guideline

range.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Joe Lewis Parker, Jr.'s motion modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 455) is **DENIED**.


Date:   June 17, 2015             /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  Chief United States District Judge